FILED
11/12/2015 11:04:01 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2015CI11882

| | | |
|---|---|---|
| EATON COMMERCIAL, L.P., | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS |
| VS. | § | 45th JUDICIAL DISTRICT 11/13/2015 10:11:48 AM |
| | § | KEITH E. HOTTLE<br>Clerk |
| PARADIGM HOTEL SA RIVERWALK, LP | § | |
| Defendant. | § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

Now comes EATON COMMERCIAL, L.P., Plaintiff in the above-styled and -numbered

cause and, pursuant to Tex. R. App. P. 25, files this, its Notice of Appeal, and states as follows:

Notice is hereby given that EATON COMMERCIAL, L.P., Plaintiff in the above-styled

and numbered cause, appeals to the Court of Appeals for the Fourth Court of Appeals District of

Texas, from the Judgment entered on October 12, 2015. The Judgment is memorialized in the

Judge's docket notes for an October 6, 2015 hearing and the following underlying orders, which

are hereby included in this appeal:

O00001 10/12/2015      ORDER DENYING PLNTF'S PETITION TO INTERPRET, REMAND
FOR FURTHER PROCEEDINGS &/OR CONFIRM
ARBITRATION AWARD & FORECLOSE ON MECHANIC'S LIEN
JUDGE: JOHN D. GABRIEL, JR.
VOL: 4462 PAGE: 347 PAGE COUNT: 1

O00002 10/12/2015      ORDER DENYING PLNTF'S MOTION FOR COSTS & EXPENSES
RELATING TO 9.2.15 HEARING
JUDGE: JOHN D. GABRIEL, JR.
VOL: 4462 PAGE: 348 PAGE COUNT: 1

O00003 10/12/2015      ORDER ON PLNTF'S MOTION FOR TRADITIONAL & NO-
EVIDENCE SUMMARY JUDGMENT
JUDGE: JOHN D. GABRIEL, JR.
VOL: 4462 PAGE: 349 PAGE COUNT: 1

O00004 10/12/2015      ORDER GRANTING MOTION TO CONFIRM AWARD
JUDGE: JOHN D. GABRIEL, JR.
VOL: 4462 PAGE: 387 PAGE COUNT: 14

[7612.024/808413/1]      - 1 -

Dated November 12, 2015.                    Respectfully submitted,

                                            **GARDNER LAW**
                                            745 E. Mulberry, Suite 500
                                            San Antonio, Texas 78212-3167
                                            Telephone:  (210) 733-8191
                                            Telecopier:  (210) 733-5538
                                            Email: wsommers@gardnertx.com

                                            By:/s/ William W. Sommers_____
                                                WILLIAM W. SOMMERS
                                                State Bar No. 18842600

                                            ELIZABETH H. CONNALLY
                                            State Bar No. 24073635
                                            EARL & CONNALLY, PLLC
                                            601 N.W. Loop 410,  Suite 390
                                            San Antonio Texas 78216
                                            Telephone: (210) 222-1500
                                            Email: ehconnally@eclegal.biz

                                            **ATTORNEYS FOR EATON
                                            COMMERCIAL, L.P.**

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on the 12th day of November 2015, a true and correct copy of the above and foregoing was served on the following pursuant to the Texas Rules of Civil Procedure.

Stephanie O'Rourke                    *VIA E-FILING*
Gabriel Head
COKINOS, BOSIEN & YOUNG
10999 West IH-10, Suite 800
San Antonio, Texas 78230

Clerk                                 *VIA E-FILING*
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio, TX 78205-3037

                                      /s/ William W. Sommers_____
                                      WILLIAM W. SOMMERS